UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | UNSEALING ORDER |
| - v. - | : | S1 10 Cr. 878 |
| EUN SOOK CHANG, a/k/a "Jackie," | : | |
| EUN SUN, a/k/a "Cindy," a/k/a "Sumi," | : | |
| HYUN LEE, a/k/a "Jennifer," | | |
| SOO JUNG, | : | |
| SEOK CHO, | | |
| HYE KYUNG CHON, a/k/a "Tae Hee," | : | |
| MI AH SO, a/k/a "Naomi," | | |
| HAE KYUNG LEE, a/k/a "Na Kyung," | : | |
| FNU LNU 1, a/k/a "Na Kyung's Driver," | : | |
| HYUN KIM, a/k/a "Cripple," | | |
| FNU LNU 2, a/k/a "Philadelphia Madame," | : | |
| FNU LNU 3, a/k/a "General," | : | |
| MI-YOUNG LNU, | | |
| GI HO KANG, | | |
| DAE WOO KIM, | : | |
| YONG LEE, | | |
| MYUNG YOON LEE, a/k/a "Kevin," | : | |
| CHUL MIN CHO, a/k/a "Sam," | | |
| CHUNG HSUEH LI, a/k/a "James," | : | |
| JASON KIM, | | |
| DO KYOUNG KIM, a/k/a "Don," and | | |
| PAUL TURPANJIAN, | | |
| Defendants. | : | |

- - - - - - - - - - - - - - - - - - - -x

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Preet Bharara, by Assistant United States Attorneys Mark Lanpher and Daniel Goldman;

It is found that the Indictment (S1 10 Cr. 878) in the above-captioned action is currently sealed and the United States

Attorney's Office has applied to have the Indictment unsealed, it is therefore,

ORDERED that the Indictment (S1 10 Cr. 878) in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:   New York, New York
         November 16, 2010

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK

**FRANK MAAS**
United States Magistrate Judge
Southern District of New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/10

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

EUN SOOK CHANG, a/k/a "Jackie,"
EUN SUN, a/k/a "Cindy," a/k/a "Sumi,"
HYUN LEE, a/k/a "Jennifer,"
SOO JUNG, SEOK CHO,
HYE KYUNG CHON, a/k/a "Tae Hee,"
MI AH SO, a/k/a "Naomi,"
HAE KYUNG LEE, a/k/a "Na Kyung,"
FNU LNU 1, a/k/a "Na Kyung's Driver,"
HYUN KIM, a/k/a "Cripple,"
FNU LNU 2, a/k/a "Philadelphia Madame,"
FNU LNU 3, a/k/a "General,"
MI-YOUNG LNU, GI HO KANG, YONG LEE,
MYUNG YOON LEE, a/k/a "Kevin,"
CHUL MIN CHO, a/k/a "Sam,"
CHUNG HSUEH LI, a/k/a "James,"
JASON KIM, DO KYOUNG KIM, a/k/a "Don,"
PAUL TURPANJIAN,

Defendants.

ORDER

S1 10 Cr. 878

PREET BHARARA
United States Attorney.