UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA

    -against-

EUN SOOK CHANG, a/k/a "Jackie,"
EUN SUN, a/k/a "Cindy," a/k/a "Sumi,"
HYUN LEE, a/k/a "Jennifer,"
SOO JUNG,
SEOK CHO,
HYE KYUNG CHON, a/k/a "Tae Hee,"
MI AH SO, a/k/a "Naomi,"
HAE KYUNG LEE, a/k/a "Na Kyung,"
FNU LNU 1, a/k/a "Na Kyung's Driver,"
HYUN KIM, a/k/a "Cripple,"
FNU LNU 2, a/k/a "Philadelphia Madame,"
FNU LNU 3, a/k/a "General,"
MI-YOUNG LNU,
GI HO KANG,
DAE WOO KIM,
YONG LEE,
MYUNG YOON LEE, a/k/a "Kevin,"
CHUL MIN CHO, a/k/a "Sam,"
CHUNG HSUEH LI, a/k/a "James,"
JASON KIM,
DO KYOUNG KIM, a/k/a "Don" and,
PAUL TURPANJIAN

                         Defendants.
------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/10
```

<u>ORDER</u>
10cr878 (KMW)

WOOD, U.S.D.J.:

    Per the Court's Order dated November 23, 2010, copy attached, the initial conference for the above-captioned matter is scheduled for Thursday, December 16, 2010 at 9:30 a.m.

    SO ORDERED.

DATED:    New York, New York
               December 8, 2010

                                        _____
                                        KIMBA M. WOOD
                                        United States District Judge

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against-

10 CR 878 (KMW)

EUN SOOK CHANG, a/k/a "Jackie,
EUN SUN, a/k/a "Cindy", a/k/a "Sumi",
HYUN LEE, a/k/a "Jennifer,
SOO JUNG,
SEOK CHO,
HYE KYUNG CHON, a/k/a "Tae Hee",
MI AH SO, a/k/a "Naomi",
HAE KYUNG LEE, a/k/a "Na Kyung"
FNU LNU 1, a/k/a Na Kyung's Driver",
HYUN KIM, a/k/a "Cripple",
FNU LNU 2, a/k/a "Philadelphia Madame",
FNU LNU 3, a/k/a "General",
MI-YOUNG LNU,
GI HO KANG,
DAE WOO KIM,
YONG LEE,
MYUNG YOON LEE, a/k/a "Kevin",
CHUL MIN CHO, a/k/a "Sam",
CHUNG HSUEH LI, a/k/a "James",
JASON KIM,
DO KYOUNG KIM, a/k/a "Don" and,
PAUL TURPANJIAN

ORDER

                 Defendant.
------------------------------------------------------------------x

      An initial conference, for the above-captioned case, is scheduled for Thursday, December 16, 2010 at 9:30 a.m.

SO ORDERED.

Dated: New York, New York
       November 23, 2010

                                       _____
                                       KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/23/10