```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/13/10
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against

EUN SOOK CHANG, a/k/a "Jackie,
EUN SUN, a/k/a "Cindy", a/k/a "Sumi",
HYUN LEE, a/k/a "Jennifer,
SOO JUNG,
SEOK CHO,
HYE KYUNG CHON, a/k/a "Tae Hee",
MI AH SO, a/k/a "Naomi",
HAE KYUNG LEE, a/k/a "Na Kyung"
FNU LNU 1, a/k/a Na Kyung's Driver",
HYUN KIM, a/k/a "Cripple",
FNU LNU 2, a/k/a "Philadelphia Madame",
FNU LNU 3, a/k/a "General",
MI-YOUNG LNU,
GI HO KANG,
DAE WOO KIM,
YONG LEE,
MYUNG YOON LEE, a/k/a "Kevin",
CHUL MIN CHO, a/k/a "Sam",
CHUNG HSUEH LI, a/k/a "James",
JASON KIM,
DO KYOUNG KIM, a/k/a "Don" and,
PAUL TURPANJIAN,
                              Defendants.
------------------------------------------------------------------x

10 CR 878 (KMW)
ORDER

KIMBA M. WOOD, District Judge:

      The conference in the above-captioned case, currently scheduled for December 16, 2010, is adjourned to Wednesday, January 12, 2011 at 10:00 a.m.

      SO ORDERED.

Dated: New York, New York
        December 10, 2010

                                                  /s/ Kimba M. Wood
                                                  KIMBA M. WOOD
                                              UNITED STATES DISTRICT JUDGE