UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
                                                                        :
UNITED STATES OF AMERICA                                                :
                                                                        :
         v.                                                             :    S1 10-CR-878-4 (KMW)
                                                                        :
SOO JUNG,                                                               :    <u>NOTICE OF APPEARANCE</u>
                                                                        :
                         **Defendant.**                                 :
------------------------------------------------------------------------x


      PLEASE TAKE NOTICE that undersigned counsel was appointed on November 17, 2010, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, to represent defendant SOO JUNG, whose correct name is MYONG-SOON CHONG, in the above-captioned case. Counsel respectfully requests the Clerk to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated: December 15, 2010

                                                           Respectfully submitted,

                                                         s/Melinda Sarafa_____
                                                         Melinda Sarafa (MS-9934)

                                                         SARAFA LAW LLC
                                                         80 Pine Street, Floor 33
                                                         New York, NY 10005
                                                         Tel: 212-785-7575
                                                         Fax: 212-785-7577
                                                         msarafa@sarafalaw.com