```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA          :      SUPERSEDING INFORMATION

         - v. -                   :      S2 10 Cr. 878 (KMW)

NYONG-SOON CHONG,                 :
     a/k/a "Soo Jung,"
                                  :
              Defendant.
                                  :
- - - - - - - - - - - - - - - - - -x
```

                              COUNT ONE

     The United States Attorney charges:

     1.   From at least in or about January 2010, up to and including on or about November 17, 2010, in the Southern District of New York and elsewhere, NYONG-SOON CHONG, a/k/a "Soo Jung," the defendant, unlawfully, willfully, and knowingly, and having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit, conspiracy to transport individuals in interstate and foreign commerce with intent that such individuals engage in prostitution, concealed and did not as soon as possible make known the same to some judge or other person in civil or military authority under the United States.

               (Title 18, United States Code, Section 4.)

                                        *Preet Bharara*
                                        PREET BHARARA
                                        United States Attorney

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Form No. USA-33s-274 (Ed. 9-25-58)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

NYONG-SOON CHONG,
a/k/a "Soo Jung,"

Defendant.

---

SUPERSEDING INFORMATION

S2 10 Cr. 878 (KMW)

(18 U.S.C. § 4.)

PREET BHARARA
United States Attorney.

---

2/8/2011
G.C. — FILED WAIVER OF INDICTMENT
& INFORMATION

Deft. pres. with attorney MELINDA SARAFA,
AUSA MARK LANPHOR Court Reporter SONYA HUGGINS
Interpreter pres/not pres. Deft. withdraws plea of not guilty & enters a plea
of guilty to count(s) ONE .PSI Ordered. Sentence EXPEDITED, CONTROL DATE 6/10/2011
Bail — DETAINED
Mag. Judge KATZ recommends Judge WOOD
accept the guilty plea.