```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/15/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :        ORDER

         - v. -                    :
                                            S2 10 Cr. 878 (KMW)
NYONG-SOON CHONG,                  :
     a/k/a "Soo Jung,"
                                    :
        Defendant.
                                    :
- - - - - - - - - - - - - - - - - -x

       WHEREAS, with the consent of NYONG-SOON CHONG, a/k/a
"Soo Jung," the defendant (named in the underlying Indictment in
this case as SOO JUNG) her guilty plea allocution was taken
before a United States Magistrate Judge on February 8, 2011;

       WHEREAS, a transcript of the allocution was made and
thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has
determined that the defendant entered the guilty plea to Count
One of Superseding Information S2 10 Cr. 878 knowingly and
voluntarily and that there was a factual basis for the guilty
plea;

       IT IS HEREBY ORDERED that NYONG-SOON CHONG's guilty
plea to Count One of Superseding Information S2 10 Cr. 878 is

accepted.

IT IS HEREBY FURTHER ORDERED that NYONG-SOON CHONG's sentencing hearing will be held at 10:00 a.m. on Wednesday, March 16 , 2011.

SO ORDERED:

Dated:     New York, New York
           February 15 , 2011


                              _____
                              THE HONORABLE KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE

2