```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____       │
│ DATE FILED: 3/11/11         │
└─────────────────────────────┘
```

SARAFA LAW LLC

Melinda Sarafa
msarafa@sarafalaw.com

80 Pine Street, Floor 33
New York, NY 10005
T: 212 785 7575
F: 212 785 7577
www.sarafalaw.com

March 10, 2011

**By Fax (212-805-7900)**

Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Nyong-Soon Chong**
      **10-CR-878 (KMW)**

Dear Judge Wood:

On behalf of my client, Myong-Soon Chong,[1] I respectfully submit this letter to request a two-week adjournment of her sentencing hearing, which is currently set for March 16, 2011, at 10:00 a.m. The Government, per Assistant United States Attorney Mark Lanpher, consents to this request.

While the parties continue to seek an expedited sentencing in this case, the requested adjournment is necessitated by Ms. Chong's unexpected need to receive ongoing care for an urgent and serious medical condition. On February 24, 2011, during a gynecological exam at a facility outside the MCC, Ms. Chong suffered severe vaginal burns due to the erroneous application of a caustic substance. She sustained both internal and external injuries that continue to cause considerable pain. During my visit with her today, she confirmed that, despite her desire for an expedited sentencing and return to her home country of Korea, she wished to postpone her sentencing hearing for a short period of time in order to continue her treatment and recovery.

In light of this situation, I respectfully request that the sentencing hearing be adjourned for a period of two weeks. Counsel will continue to monitor Ms. Chong's medical status during this time, and notify the Court promptly if it appears that an additional adjournment may be necessary. Counsel has prepared and will submit sentencing materials on behalf of Ms. Chong

---

[1] Ms. Chong's first name was inadvertently misspelled "Nyong-Soon" on the docket.

SARAFA LAW LLC ───────────────────────────────────

Honorable Kimba M. Wood
March 10, 2011
Page 2

today, as previously ordered. Although counsel has not had an opportunity to conduct a thorough review of the Presentence Report with Ms. Chong, no substantive objections are anticipated.

I apologize for any inconvenience to the Court, and appreciate Your Honor's consideration of this request.

*Sentencing is adjourned to Tuesday, April 5, 2011 at 12:00 p.m. Government response to defendant's sentencing submission is due March 29, 2011*

Respectfully,

Melinda Sarafa

cc: AUSA Mark Lanpher
(By fax: 212-637-2937)

SO ORDERED: 3-11-11 N.Y., N.Y.

KIMBA M. WOOD
U.S.D.J.