```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA                        :    ECF CASE

              - v. -                            :    NOTICE OF APPEARANCE
                                                     REQUEST FOR
EUN SOOK CHANG, a/k/a "Jackie,"                 :    ELECTRONIC
EUN SUN, a/k/a "Cindy,"                              NOTIFICATION
     a/k/a "Sumi,"                              :
HYUN LEE, a/k/a "Jennifer,"                          S1 10 Cr. 878
SOO JUNG,                                       :
SEOK CHO,
HYE KYUNG CHON, a/k/a "Tae Hee,"                :
MI AH SO, a/k/a "Naomi,"
HAE KYUNG LEE, a/k/a "Na Kyung,"                :
FNU LNU 1,
     a/k/a "Na Kyung's Driver,"                 :
HYUN KIM, a/k/a "Cripple,"
FNU LNU 2,                                      :
     a/k/a "Philadelphia Madame,"
FNU LNU 3,                                      :
     a/k/a "General,"
MI-YOUNG LNU,                                   :
GI HO KANG,
DAE WOO KIM,                                    :
YONG LEE,
MYUNG YOON LEE, a/k/a "Kevin,"                  :
CHUL MIN CHO, a/k/a "Sam,"
CHUNG HSUEH LI, a/k/a "James,"                  :
JASON KIM,
DO KYOUNG KIM, a/k/a "Don," and                 :
PAUL TURPANJIAN,
                                                :
              Defendants.
                                                :
- - - - - - - - - - - - - - - - - - - - - x

TO:  Clerk of Court
     United States District Court
     Southern District of New York
```

The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User

to whom Notices of Electronic Filing will be transmitted in this case.

                                Respectfully submitted,

                                PREET BHARARA
                                United States Attorney for the
                                Southern District of New York

by: /s/ Rahul Mukhi
                                Rahul Mukhi
                                Assistant United States Attorney
                                (212) 637-1581
                                Rahul.Mukhi@usdoj.gov

TO:  Counsel of Record (by ECF)